BANK OF MONTPELIER *v.* ROBERT RUSSELL AND OTHERS.

*Declaration on promissory note.*

A declaration by the Bank of Montpelier that the defendants, by their promissory note, at &c., promised the President, Directors and Company of the Bank of Montpelier, to pay them, &c., in the brief form which has been very generally used in this state, for declarations on promissory notes, without any averment that the Bank of M. and the P., D & Co. of the Bank of M. were the same, and without any averment of the time and place of the promise, except in the statement respecting the date of the note, *held sufficient* on demurrer.

ASSUMPSIT. By the writ and declaration the defendants were notified to appear, &c., " then and there, in said court, to answer to " the Bank of Montpelier, at Montpelier, in the county of Wash-" ington, in a plea of the case for that the defendants, by their " promissory note, dated at Richmond, May 12th, 1853, for value " received, jointly and severally promised the President, Directors " and Company of the Bank of Montpelier, to pay them the sum " of five hundred and seventy dollars, in three months from date,— " which is unpaid, though demanded."

To this declaration, the defendants filed a general demurrer. The county court, March Term, 1854,—POLAND, J., presiding,—adjudged the declaration sufficient. Exceptions by the defendants.

*T. P. Redfield* for the defendants.

*Peck & Colby* for the plaintiffs.

By the court, REDFIELD, CH. J. The only question raised in the present case is in regard to the sufficiency of the plaintiffs' declaration, upon general demurrer. It is in a brief form, which has been in very general use in the state, for many years, and always regarded, by this court as sufficient, in the ordinary case of natural persons being parties to the suit. An attempt is made to show that the plaintiff is not properly described, but we see no difficulty upon that ground.

Judgment affirmed.